ORIGINAL

**SEALED**

**BY ORDER OF THE COURT**

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
MICAH A. SMITH
MICHAEL ALBANESE
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   ken.sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4 AUG 3 1 2022
at___o'clock and___min.___M
John A. Mannle, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.   22-00072 DKW |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | [18 U.S.C. §§ 1349, 1343, 1346] |
| | ) | |
| STEWART OLANI STANT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**INFORMATION**

The United States Attorney charges:

## INTRODUCTORY ALLEGATIONS

1.     At all times relevant to this Information:

a.     STEWART OLANI STANT (STANT) was an employee of the Maui County Department of Environmental Management (DEM).   STANT served as a manager of the Wastewater Reclamation Division of the DEM from at least October 2012 to December 2015.   In December of 2015, STANT was appointed by the Mayor of Maui to act as the Director of the DEM, a position he held until December of 2018.

b.     The County of Maui was a county in the State of Hawaii, and was comprised of three populated islands (Maui, Lanai and Molokai) and two unpopulated islands (Kahoʻolawe and Molokini).   It was governed by a Mayor and a County Council.   Each Maui County governmental department was managed by a Director, who was in turn assisted by an Assistant Director.

c.     The DEM directed and oversaw operations of its three subdivisions: the Wastewater Reclamation Division, the Solid Waste Division and the Environmental Protection and Sustainability Division.

e.     H2O Process Systems, LLC ("H2O"), a Honolulu, Hawaii based company, provided various wastewater services, including distributing, installing,

2

and consulting on various wastewater equipment and parts.   H2O was formed in

Washington in 2001, and has been registered in the State of Hawaii since 2008.

      f.     Milton Choy ("Choy") (charged separately) was the owner and

manager of H2O and Central Pacific Controls, LLC ("CPC").   Choy, through his

respective companies, conducted millions of dollars of business with DEM,

providing wastewater treatment equipment and services.

      g.     <u>Receipt of Gifts by Maui County Officials and Employees</u>.

The Charter of Maui County, Article 10, Code of Ethics, Section 10-4.1.a,

provided:   "No officer or employee of the county shall solicit, accept or receive

any gift; directly or indirectly, whether in the form of money, service, loan, travel,

entertainment, hospitality, thing or promise, or in any other form, under

circumstances in which it can reasonably be inferred that the gift is intended to

influence the officer or employee in the performance of the officer's or employee's

official duties or is intended as a reward for any official action on the officer's or

employee's part."

      h.     <u>Financial Disclosure Statements</u>.   The Charter of Maui County,

Article 10, Code of Ethics, Section 10-3 provided that "[A]ll elected county

officers, all candidates for elective county office, and such appointed officers or

other employees as the council shall designate by ordinance shall file with the

board of ethics and the county clerk financial disclosure statements in a form or

forms to be prescribed by the board of ethics. Such financial disclosure statements shall be open to public inspection."

       i.    <u>Maui County Board of Ethics Rules</u>.   The Maui County Board of Ethics (MCBOE) enacted rules that provided: "[a]ll elected and appointed public officers shall file public financial disclosure statements with the county clerk."   MC Board of Ethics Rules Section 04-101-41(b).   MCBOE Rules Section 04-101-42 further provided that the financial disclosure statement must include, in part, "[a] description of any gift or gifts, valued singly, or in the aggregate at $50 or more, from any single source, received directly or indirectly by the person, …within the preceding 12 months".   Additionally, all Maui County officials and employees had an ethical duty to report the receipt of any gifts or financial benefits in excess of $50.

       j.    STANT maintained bank accounts with Bank of Hawaii (BOH) and American Savings Bank (ASB).   BOH account #6906 (BOH #6906) was STANT's personal bank account.   ASB account # 4454 (ASB #4454) was the bank account of S and S Unlimited LLC (SS LLC), a private business owned and operated by STANT.

**Conspiracy to Deprive the Public of Their Right to Honest Services**
**(18 U.S.C. § 1349)**

2.   The introductory allegations set forth in paragraphs 1(a)-(j) are realleged and incorporated by reference as if fully set forth herein.

3.   From in or about October, 2012 through in or about December 31, 2018, in the District of Hawaii and elsewhere, the defendant, STEWART OLANI STANT, together with Milton Choy, charged separately elsewhere, and others known and unknown, did knowingly and unlawfully conspire, confederate, and agree together, and with each other, to participate in a scheme and artifice to defraud the citizens and people of Maui County, Hawaii, and the DEM, of their intangible right to STEWART OLANI STANT's honest services through bribery, by means of materially false and fraudulent pretenses, representations, promises, and material omissions, and for the purpose of executing the scheme and artifice to defraud, to knowingly cause to be transmitted by means of wire communications in interstate commerce signals and sounds, that is, emails, text messages and interstate bank deposits, in violation of Title 18, United States Code, Sections 1343 and 1346.

**MANNER AND MEANS OF THE CONSPIRACY**

4.   The conspiracy was carried out through the following manner and means, among others:

   a. Between October 2012 and December 2018, Choy provided

STANT with over $2,000,000 in financial benefits and gifts, including direct

deposits into STANT's bank accounts, cash, gambling chips, travel and hotel

benefits.

   b. In return for the moneys, funds and financial benefits provided

to STANT by Choy, STANT improperly directed lucrative wastewater service and

equipment contracts to Choy and his company H2O.

   c. Choy employed a number of methods to bribe STANT,

including making direct deposits of funds into bank accounts owned by STANT,

making cash deposits into those accounts, directly handing cash and checks to

STANT, providing STANT with gambling chips on mutual trips to Las Vegas,

which Choy also funded in part, and by providing STANT with airfare and hotel

rooms.

   d. In return for these financial gifts, STANT used his position first

as a Wastewater manager for DEM, and later as the Director of DEM, to steer and

award sole source contracts to H2O.

   e. Between October 2012 and December 2018, STANT assisted in

directing at least 56 sole source contracts to H2O and Choy with a value of nearly

$20,000,000.

f.      While employed as a manager at the DEM, STANT purposefully failed to notify anyone employed by the DEM, or the Maui County government, that he was receiving financial gifts and benefits from Choy, who was conducting, and seeking to conduct, business with Maui County.   Through this critical omission, STANT concealed from Maui County officials, and the DEM, information that would have revealed that he was corruptly directing, and endeavoring to direct, sole source contracts to H2O for personal financial gain.

g.      While employed as the Director of the DEM, STANT, in violation of the Maui County ethical rules, purposefully failed to declare any of the money and financial benefits provided to him by Choy on his 2016, 2017 and 2018 financial disclosure forms.   Through this critical omission, STANT willfully concealed from the citizens of Maui County, and the DEM, information that would have disclosed his corrupt acceptance of bribes for directing, and endeavoring to direct, sole source contracts to H2O for personal financial gain.   STANT's Financial Disclosure Statements filed with the Maui County clerk falsely reported that he had received no gifts or items valued over the annual sum of $50.   In truth and fact, STANT had received hundreds of thousands of dollars of financial rewards and gifts during years 2016, 2017 and 2018 from Choy as bribes to ensure the issuance of sole source contracts to H2O.

7

h.     In order to further conceal his illicit and corrupt activities,

STANT filed false federal income tax returns that deliberately and willfully failed

to report the hundreds of thousands of dollars in income and financial benefits

STANT received from Choy from 2012 through 2018.

## OVERT ACTS

5.     In furtherance of the conspiracy, and to effect its objects and

purposes, STANT, and his co-conspirators, committed the following overt acts,

among others, in the District of Hawaii and elsewhere:

a.   On or about the dates alleged below, Choy bribed STANT by depositing

checks or directing deposits into STANT's bank accounts in the following

amounts:

|    | Date | Amount | Description of Deposit into STANT's Bank Account |
|----|------|--------|--------------------------------------------------|
| 1  | 10/25/12 | $18,000 | Funds directed into BOH #6906 |
| 2  | 5/20/13 | $9,000 | Check into BOH #6906 |
| 3  | 5/28/13 | $9,000 | Check into BOH #6906 |
| 4  | 6/10/13 | $17,000 | Check into ASB #4058 |
| 5  | 7/31/13 | $6,000 | Funds directed into BOH #6906 |
| 6  | 8/14/13 | $59,560 | Funds directed into BOH #6906 |
| 7  | 10/21/13 | $16,000 | Funds directed into BOH #6906 |
| 8  | 12/4/13 | $9,450 | Check into BOH #6906 |
| 9  | 12/20/13 | $40,000 | Check into BOH #6906 |
| 10 | 1/29/14 | $17,000 | Check into BOH #6906 |
| 11 | 2/7/14 | $14,000 | Check into ASB #4454 |
| 12 | 2/28/14 | $36,002 | Check into BOH #6906 |
| 13 | 3/25/14 | $23,400 | Check into BOH #6906 |
| 14 | 4/3/14 | $16,600 | Check into BOH #6906 |

|    | Date | Amount | Description of Deposit into STANT's Bank Account |
|----|------|--------|--------------------------------------------------|
| 15 | 4/28/14 | $25,000 | Check into BOH #6906 |
| 16 | 5/15/14 | $22,900 | Check into BOH #6906 |
| 17 | 5/30/14 | $26,490 | Check into BOH #6906 |
| 18 | 6/16/14 | $12,874 | Check into BOH #6906 |
| 19 | 6/23/14 | $12,374 | Check into BOH #6906 |
| 20 | 7/9/14 | $7,056 | Check into BOH #6906 |
| 21 | 8/4/14 | $13,600 | Check into BOH #6906 |
| 22 | 8/13/14 | $15,503 | Check into BOH #6906 |
| 23 | 9/10/14 | $11,000 | Check into BOH #6906 |
| 24 | 9/24/14 | $23,000 | Check into BOH #6906 |
| 25 | 10/27/14 | $19,987 | Check into BOH #6906 |
| 26 | 11/6/14 | $5,000 | Funds directed into BOH #6906 |
| 27 | 3/3/15 | $5,000 | Check into BOH #6906 |
| 28 | 3/10/15 | $7,000 | Funds directed into BOH #6906 |
| 29 | 3/25/15 | $59,980 | Check into BOH #6906 |
| 30 | 4/23/15 | $11,400 | Check into BOH #6906 |
| 31 | 5/20/15 | $22,000 | Check into BOH #6906 |
| 32 | 6/11/15 | $15,000 | Check into BOH #6906 |
| 33 | 8/25/15 | $6,000 | Funds directed into BOH #6906 |
| 34 | 3/14/16 | $9,000 | Funds directed into BOH #6906 |
| 35 | 3/15/16 | $9,000 | Funds directed into BOH #6906 |
| 36 | 11/30/16 | $55,000 | Check into BOH #6906 |
| 37 | 12/20/16 | $4,000 | Check into BOH #6906 |
| 38 | 3/24/17 | $8,000 | Funds directed into BOH #6906 |
| 39 | 5/22/17 | $5,000 | Funds directed into BOH #6906 |
| 40 | 3/16/18 | $6,000 | Funds directed into BOH #6906 |
| 41 | 4/27/18 | $5,000 | Funds directed into BOH #6906 |
| 42 | 9/11/18 | $2,000 | Funds directed into BOH #6906 |
| 43 | 9/24/18 | $18,000 | Funds directed into BOH #6906 |
| | TOTAL | $733,176 | |

//

//

//

b.  On or about the dates alleged below, Choy deposited or caused the deposit of the following sums of currency into bank accounts controlled and owned by STANT:

|    | Date | Amount | STANT's Bank Account |
|----|------|--------|----------------------|
| 1  | 10/25/2012 | $5,000 | BOH #6906 |
| 2  | 12/6/2012 | $8,000 | BOH #6906 |
| 3  | 5/16/2013 | $5,000 | BOH #6906 |
| 4  | 6/10/2013 | $4,000 | ASB #4058 |
| 5  | 6/28/2013 | $3,000 | ASB #4454 |
| 6  | 6/28/2013 | $5,000 | BOH #6906 |
| 7  | 7/31/2013 | $1,000 | BOH #6906 |
| 8  | 8/14/2013 | $3,000 | ASB #4454 |
| 9  | 9/9/2013 | $4,000 | ASB #4454 |
| 10 | 9/9/2013 | $5,000 | BOH #6906 |
| 11 | 9/23/2013 | $5,000 | ASB #4454 |
| 12 | 9/23/2013 | $8,000 | BOH #6906 |
| 13 | 10/8/2013 | $4,000 | ASB #4454 |
| 14 | 10/31/2013 | $1,000 | BOH #6906 |
| 15 | 11/1/2013 | $3,500 | ASB #4454 |
| 16 | 11/1/2013 | $1,000 | BOH #6906 |
| 17 | 11/26/2013 | $5,000 | BOH #6906 |
| 18 | 2/20/2014 | $6,000 | BOH #6906 |
| 19 | 2/25/2014 | $7,000 | BOH #6906 |
| 20 | 3/3/2014 | $1,000 | ASB #4058 |
| 21 | 4/1/2014 | $1,000 | ASB #4454 |
| 22 | 5/1/2014 | $1,000 | ASB #4058 |
| 23 | 8/29/2014 | $1,000 | ASB #4058 |
| 24 | 9/19/2014 | $8,000 | BOH #6906 |

| | Date | Amount | STANT's Bank Account |
|---|---|---|---|
| 25 | 9/22/2014 | $8,000 | ASB #4058 |
| 26 | 9/24/2014 | $5,000 | ASB #4454 |
| 27 | 10/1/2014 | $1,000 | ASB #4058 |
| 28 | 10/3/2014 | $2,000 | ASB #4454 |
| 29 | 10/3/2014 | $1,000 | BOH #6906 |
| 30 | 10/8/2014 | $2,500 | BOH #6906 |
| 31 | 11/24/2014 | $6,000 | ASB #4058 |
| 32 | 11/24/2014 | $9,000 | BOH #6906 |
| 33 | 12/11/2014 | $10,000 | ASB #4454 |
| 34 | 12/12/2014 | $10,000 | ASB #4058 |
| 35 | 12/12/2014 | $10,000 | BOH #6906 |
| 36 | 1/30/2015 | $1,000 | ASB #4058 |
| 37 | 2/5/2015 | $9,000 | BOH #6906 |
| 38 | 2/10/2015 | $1,900 | ASB #4454 |
| 39 | 2/27/2015 | $1,000 | ASB #4058 |
| 40 | 4/1/2015 | $1,000 | ASB #4058 |
| 41 | 5/1/2015 | $1,000 | ASB #4058 |
| 42 | 6/1/2015 | $1,000 | ASB #4058 |
| 43 | 6/12/2015 | $1,000 | ASB #4454 |
| 44 | 6/25/2015 | $5,000 | ASB #4454 |
| 45 | 6/25/2015 | $7,500 | ASB #4058 |
| 46 | 6/25/2015 | $8,500 | BOH #6906 |
| 47 | 6/26/2015 | $8,500 | BOH #6906 |
| 48 | 7/6/2015 | $5,000 | BOH #6906 |
| 49 | 7/30/2015 | $4,000 | BOH #6906 |
| 50 | 8/3/2015 | $1,000 | ASB #4058 |
| 51 | 9/17/2015 | $11,500 | ASB #4025 |
| 52 | 9/17/2015 | $5,000 | ASB #4454 |
| 53 | 9/17/2015 | $20,000 | BOH #6906 |

|    | Date | Amount | STANT's Bank Account |
|----|------|--------|----------------------|
| 54 | 9/18/2015 | $9,000 | BOH #6906 |
| 55 | 10/21/2015 | $7,000 | BOH #6906 |
| 56 | 10/28/2015 | $8,000 | BOH #6906 |
| 57 | 12/2/2015 | $9,000 | BOH #6906 |
| 58 | 12/11/2015 | $9,000 | ASB #4025 |
| 59 | 12/11/2015 | $9,000 | ASB #4454 |
| 60 | 12/11/2015 | $20,000 | BOH #6906 |
| 61 | 12/14/2015 | $3,500 | BOH #6906 |
| 62 | 1/19/2016 | $4,000 | ASB #4025 |
| 63 | 1/19/2016 | $6,000 | ASB #4454 |
| 64 | 1/19/2016 | $9,000 | BOH #6906 |
| 65 | 1/21/2016 | $5,000 | BOH #6906 |
| 66 | 2/2/2016 | $1,000 | ASB #4025 |
| 67 | 2/9/2016 | $1,870 | ASB #4025 |
| 68 | 2/12/2016 | $2,000 | BOH #6906 |
| 69 | 2/19/2016 | $2,500 | BOH #6906 |
| 70 | 3/3/2016 | $6,700 | ASB #4454 |
| 71 | 4/8/2016 | $2,000 | BOH #6906 |
| 72 | 5/9/2016 | $6,000 | BOH #6906 |
| 73 | 5/11/2016 | $9,000 | BOH #6906 |
| 74 | 5/20/2016 | $5,000 | ASB #4454 |
| 75 | 5/26/2016 | $5,000 | BOH #6906 |
| 76 | 7/1/2016 | $9,000 | ASB #4025 |
| 77 | 7/1/2016 | $10,000 | BOH #6906 |
| 78 | 7/5/2016 | $7,000 | BOH #6906 |
| 79 | 7/5/2016 | $9,000 | BOH #6906 |
| 80 | 9/7/2016 | $1,200 | ASB #4025 |
| 81 | 9/7/2016 | $3,000 | BOH #6906 |
| 82 | 9/15/2016 | $6,000 | ASB #4454 |

|  | Date | Amount | STANT's Bank Account |
|---|---|---|---|
| 83 | 9/15/2016 | $3,000 | ASB #4454 |
| 84 | 9/15/2016 | $9,000 | BOH #6906 |
| 85 | 9/16/2016 | $9,000 | ASB #4025 |
| 86 | 9/16/2016 | $9,000 | BOH #6906 |
| 87 | 11/21/2016 | $1,000 | ASB #4025 |
| 88 | 12/20/2016 | $6,900 | BOH #6906 |
| 89 | 1/6/2017 | $3,500 | ASB #4025 |
| 90 | 1/17/2017 | $9,000 | BOH #6906 |
| 91 | 1/18/2017 | $9,000 | BOH #6906 |
| 92 | 1/19/2017 | $9,000 | BOH #6906 |
| 93 | 2/14/2017 | $1,000 | ASB #4454 |
| 94 | 2/28/2017 | $9,000 | BOH #6906 |
| 95 | 4/18/2017 | $1,200 | ASB #4025 |
| 96 | 5/1/2017 | $9,000 | ASB #4025 |
| 97 | 5/3/2017 | $8,000 | ASB #4025 |
| 98 | 5/3/2017 | $1,000 | BOH #6906 |
| 99 | 6/19/2017 | $5,000 | BOH #6906 |
| 100 | 6/29/2017 | $9,000 | ASB #4025 |
| 101 | 6/29/2017 | $9,000 | ASB #4454 |
| 102 | 6/29/2017 | $9,000 | BOH #6906 |
| 103 | 7/3/2017 | $9,000 | ASB #4025 |
| 104 | 7/7/2017 | $2,500 | BOH #6906 |
| 105 | 9/1/2017 | $2,000 | BOH #6906 |
| 106 | 9/18/2017 | $5,000 | ASB #4025 |
| 107 | 9/18/2017 | $2,500 | BOH #6906 |
| 108 | 9/26/2017 | $9,000 | ASB #4025 |
| 109 | 9/26/2017 | $9,000 | BOH #6906 |
| 110 | 9/27/2017 | $9,000 | ASB #4454 |
| 111 | 10/31/2017 | $1,800 | ASB #4025 |

|     | Date | Amount | STANT's Bank Account |
| --- | --- | --- | --- |
| 112 | 11/2/2017 | $1,000 | ASB #4454 |
| 113 | 12/22/2017 | $3,000 | BOH #6906 |
| 114 | 1/8/2018 | $7,000 | ASB #4025 |
| 115 | 1/11/2018 | $6,000 | BOH #6906 |
| 116 | 1/26/2018 | $3,500 | ASB #4025 |
| 117 | 5/22/2018 | $6,000 | BOH #6906 |
| 118 | 10/19/2018 | $1,000 | BOH #6906 |

TOTAL    $644,570

c.      Between October 2012 and December 2018, STANT, as a wastewater manager, or the Director of DEM, signed, caused to be signed, or caused to be issued, at least 56 sole source and other contracts with H2O as the contractor agreeing to provide goods and services to DEM.   The face value of these contracts was approximately $19,316,930.

d.      For the purpose of executing the charged scheme, STANT and Choy frequently caused interstate wire transmissions to occur, including interstate text messages, emails and interstate banking transactions.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE NOTICE

14.      Upon conviction of the offense alleged in this Information, the defendant, STEWART OLANI STANT, shall forfeit to the United States of

14

America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title

28, United States Code, Section 2461(c), any property, real or personal, which

constitutes or is derived from proceeds traceable to those offenses.   The property

to be forfeited includes, but is not limited to, the following:

   i. a sum of money equal to $2,000,000 which represents proceeds

   obtained by the defendant, STEWART OLANI STANT, as a result of

   his participation in the unlawful conduct alleged in the Information.

   DATED:   August   31  ,   2022 at Honolulu, Hawaii.


_for_

CLARE E. CONNORS
United States Attorney
District of Hawaii


KENNETH M. SORENSON
MICAH SMITH
MICHAEL ALBANESE
Assistant United States Attorneys