USPPSO – HI (8/2022)

# UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE
## PASSPORT RECEIPT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 23, 2022, 11:08 am
John A. Mannle, Clerk of Court

RE: Stant, Stewart

Year of Birth: 1966

Place of Birth: Wailuku, Maui

Case Number: 1:22CR00072

COURT ORDER entered on September 15, 2022
The above-named defendant surrendered (select one)
☒ United States Passport
☐ Foreign Passport (Country )

Passport Number 524689536 to the custody of the U.S. Probation and Pretrial Services Office on September 23, 2022

☐ Other_____ to the custody of the U.S. Probation and Pretrial Services Office on_____.

Mailed via Certified Mail
**Defendant's Signature**

_____
**Officer's Signature**

*FOR USPPSO AGENCY USE ONLY*

Logged IN Passport Log

_____ 9/23/22
**Passport Guardian Signature and Date**

Logged OUT Passport Log

_____
**Passport Guardian Signature and Date**

## PASSPORT RETURN

This will acknowledge receipt of Passport Number _____
and/or Other_____ previously surrendered to the U.S. Probation and Pretrial Services Office pursuant to a prior Court Order.

Date Returned: _____   Recipient's Signature: _____

Purpose Returned
☐ Defendant not convicted
☐ Defendant convicted
☐ Other: _____

Returned to:
☐ Defendant
☐ U.S. State Department
☐ Other: _____

☐ Mailed via Certified Mail
☐ Mailed via FedEx

Stewart Stewart



U.S. Probation & Pretrial Services office
300 Ala Moana Blvd Room 2300
Honolulu, HI 96850

SEP 23 '22 10:38 USPPSO