Cary Virtue, # 8717
1931 E. Vineyard St. suite 201
Wailuku, Hi. 96793
Tel: 808-244-7656
e-mail: carymvirtue@msn.com
Attorney for Defendant Evangeline Kuuipo Perry

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br><br>STEWART OLANI STANT,<br><br>　　　　　　　Defendant. | ) Cr.No. 22-00072<br>)<br>)<br>) DEFENSE SENTENCING<br>) STATEMENT RE: NO<br>) OBJECTION TO DRAFT<br>) PRESENTENCE REPORT<br>)<br>)<br>) |

## DEFENSE SENTENCING STATEMENT: NO OBJECTION TO DRAFT PRESENTENCE REPORT

Defendant Stewart Olani Stant, through his CJA attorney, Cary Virtue, has no objections to the proposed draft presentence report.

Dated: January 12, 2023, Wailuku, Hawaii.

/s/ Cary Virtue
Attorney for Defendant

UNITED STATES v. STEWART OLANI STANT 22-00072
No Objection to Draft Presentence Report

CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served by electronic filing.

Dated January 11, 2023

/s/ Cary Virtue
Attorney

Kenneth M. Sorenson
Micah Smith
Assistant U.S. Attorney
Rom 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Erik Iverson
U.S. Probation Office
300 Moana Blvd.,
Box 50111, Room C-126
Honolulu, Hi. 96850

UNITED STATES v. STEWART OLANI STANT 22-00072
No Objection to Draft Presentence Report