Your Honorable Judge Watson,

    My name is Jacques Perreault. I have been a business owner on Maui for over 25 years.

    It's with a broken heart that I take the time to write this very important letter. In a month from now a very beautiful man that I have known for more than 30 years will be sentenced to spend time away from his family and loved ones. Stewart Olani Stant is not only a dedicated father and incredible man, he's also the pillar of his family, his mother and brothers. His children and friends have always recieved his unconditional love, help and support with nothing asked in return. Mr. Olani is a giver from the heart, sincere and always attentive to others needs. As a man, a father, a son, a brother, a grandfather and an incredible partner who always put the needs of others in front of his own.

    Now it's time for him to receive back from all of us. I pray that the good this man has spread in the world will inspire a just and balanced response to the present situation.


with deep respect and gratitude.

Jacques Perreault
808-280-4138

Honorable Judge Watson,

Aloha my name is Jayson Aoki. I am 45 years old and live on Oahu. Thank you for putting into consideration my character letter on behalf of Mr. Stewart Stant. I have known Mr. Stant for the past 12 years. Initially i was a little intimidated by his demeanor but after getting to know him, he's personality is very direct, clear cut, and a very "what you see is what you get".  I personally appreciate that because I deal with a lot of people who are nice in person but not so much behind the scene. During those 12 years, my experiences with him has been nothing but love and respect.

Respect with acquaintances:
On many occasions, I have been with him and seen how he treats people who he has just met for the first time. The energy and enthusiasm of life was what stood out to me the most.

Respect with friends:
Ive seen how generous he is with giving his time and helping friends in need. How he interacts with his immediate tight circle and treats his friends as family is amazing to see. That type of generosity is hard to come by these days.

Respect with family:
Myself being a father, I see how he teaches, cares for and loves his children which is his first priority as is mine.

Stewart is a good man and father to his children who need him.

Thank you again for your time and consideration.

Mahalo,
Jayson Aoki
jaysonaoki@gmail.com
(808) 551-1411

Stewart Stant

October 17, 2022

To Honorable Judge Watson,

  I have known Stewart for nearly 13 years and found him to be of exceptional good character. He is articulate, responsible, efficient, detail-oriented, and extremely competent. He also has an excellent rapport with people of all ages. His excellent Communication skills allow him to connect with all kinds of people and to inspire them to put forth their best effort. In addition, he has great work ethics and puts his best effort in whatever endeavor he may seek to pursue. He is a valuable asset to any organization as well as our company, ByDzyne, and before that GPS, and before that ACN. Stewart Stant has been an extraordinary leader with integrity and honesty and resided as our mentor in each of these organizations.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Lynn Y. Lee*

Lynn Y. Lee M.O.M. L.Ac.

Don Couch
PO Box 1212
Kihei, HI 96753

To the Honorable Judge Watson,

I have known Stewart Stant since 2005. I have always known him to be a person who puts others before himself in his dealings with people.

I had the pleasure of working with him in a professional capacity from 2011 through 2016. I served as the South Maui representative on the Maui County Council and had to discuss many items regarding the Department of Environmental Management. During this time, he has always had the efficient use of taxpayers' dollars first and foremost in his dealings with my office and me.

After my term on the council ended, I then got to interact with him as he lead our team of ACN independent business operators. During this time, he always made it a point to help others succeed in their business whenever anyone asked for assistance. No matter what time of day or night. I have also noticed that he loves his family and supports them continually.

Stewart is a selfless individual & such a positive asset to our community! If we had more people like him on Maui, it would be a much better place to live! I humbly ask you to consider who Stewart really is.

Thank you,

*Don Couch*
Don Couch

Mitchell Yano
1022B 9th Avenue
Honolulu, HI 96816
808-840-9887
mitchellyano@gmail.com

September 25, 2022

To whom it may concern,

I have known Stewart Olani Stant for the past 11 years. We were introduced to one another thru mutual friends. He was and is still one of the most genuine and generous people I know. Throughout the years, I've seen him help so many people, both in business and in life. He's touched so many lives and encouraged so many to find, and pursue their path to success. Over the past few years, I've seen him grow into an even greater individual. He values his relationships more than anything, and his family is the most important thing in his life.

If you would like any further information regarding my impression of Stewart's character, please feel free to contact me at (808) 840-9887.

Sincerely,

*(signature)*
Mitchell Yano

Christopher Iwamura
PO Box 3106
Honolulu, HI 96802

September 25, 2022

Cary Virtue
Attorney At Law
1931 E. Vineyard St. Suite 201
Wailuku, HI 96793

To Whom It May Concern,

    Please allow this letter to serve as a testimony to the good character of my friend Stewart Olani Stant. Our friendship spans 14 years. In those years, ive had the opportunity to get to know Stewart very well. Stewart has always displayed honorable and respectable character by the way he treated others with respect and genuine care. Whether it was times where Stewart would support me in personal matters or work-related situations, I always observed how he was consistently and unconditionally willing to look out for me and others as well. I especially consider Stewart to be a person of strong integrity and values as he prioritized people and family above all else. I genuinely appreciate all that Stewart has done for me directly and indirectly and being a good example of how to treat people and situations the proper way. I again hope this letter serves to illustrate my utmost respect for Stewart as a person and what he stands for as an individual. Thank you.

Sincerely,

Christopher Iwamura

September 22, 2022

To whom I may concern,

I met Stuart Olani Stant in 2009. Living on the small island of Maui, you tend to encounter the same people. Such was the case with Stuart. We traveled in somewhat similar circles, but never met. He has a persona that you notice. He had me thinking, "Who is this guy"? Eventually our paths crossed and I met Mr. Stant. After spending some time with him, I came to understand the persona I had seen earlier. Stuart is a very charismatic as his image proceeded him. Some may say bold or even brash. But getting to know him you find a lot of vision and heart. He is a family man, raising two daughters, one with special medical needs, always his first priority.

Stuart has been involved in several businesses on the island and one would think it's about personal success. But his business really thrives because he realized that helping those around him to succeed brought the growth and momentum to a small group of entrepreneurs and his success was almost a by-product. As I stated earlier, Stuart has vision. Whether it's event planning, creating training sessions, or even opening an independent office, he can turn those ideas into reality. He's a leader, a mentor, has great work ethic and most of all, he is a true friend. Someone, who always has your back. When I was experiencing a challenging time in my life, Stuart was, without hesitation, right there to help me through it. I knew then and now that he will always be someone I can call my friend.

Sincerely,

Gary Salas

October 10, 2022

To Whom It May Concern

My name is Melvin Pomroy and I am a lifelong resident of Hawaii. Over the past 45 years I have owned and operated Kahului Carpet & Drapery Products, Inc. here on Maui. I am writing this letter in support of Mr Stewart Stant, who is facing very serious criminal charges  I am surprised and shocked  over what he is accused to have done. Yet, he is to be accountable for his actions.

I first met Mr. Stant several years ago at social gatherings here on Maui . My impression of him was that he was a very nice, cordial and compassionate person. Also, he was well liked and respected by those in his circle of friends and acquaintances.

It is my hope that he will get through this ordeal and get back on his feet again. Though the court will sentence him according to guidelines, I ask for some consideration be given for the years he has been a law abiding and contributing member of our community.

Thank you for allowing me to submit my thoughts on Mr. Stant.

Sincerely,

*[signature]*

Melvin P Pomroy