**TROY K. NAKAMURA**
703 Malimali Street, Kihei, Hawaii 96753
(808) 276-0483

September 28, 2022

Dear Sir/Madam:

I am writing this letter regarding Stewart Olani Stant.

I've been a resident of the County of Maui since 1988. I moved to Maui with my dad and my then girlfriend, whom I have been happily married to now for over 32 years. Shortly thereafter I met Stewart through a mutual friend.

Stewart, our other friends and I would work out at my dad's home gym. During these years that I associated with Stewart, he was always encouraging, positive, dedicated, always kind and respectful.

As we got a little older, the paths of our lives changed. I was the first to get married and had kids; they became my first priorities. My hanging with Stewart and our friends became less, but on occasion would socialize with them.

As long as I've known Stewart he has always been hardworking and always strived to do his best personally and professionally.

Thank you for your time and consideration. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Troy K. Nakamura

October 6, 2022

Mr. Cary Virtue
Attorney at Law
1931 E. Vineyard St, Ste 201
Wailuku, HI 96763

Dear Mr. Virtue,

I have known Stewart Stant for most of his life. I was his youth and scouting leader for many years. He and his family are close family friends.

During the time I worked with Stewart as a youth, I have known him to be kind and gracious. He always had a smile on his face and was always eager to accomplish tasks and goals. I was very proud of him when he achieved his Eagle Scout Award in the Boy Scouts of America. It is a big accomplishment that takes a lot of commitment!

After high school, Stewart joined the military. As a military veteran myself, when he returned home with an honorable discharge, I could not have been prouder. He was always a hard worker!

Stewart would do anything for his family and friends. I'm so grateful for the example he has been to me and my own two sons. I have the fondest memories of Stewart.

If you have any questions, please feel free to contact me.

Sincerely,

Leroy H. Fernandez Sr.
801-281-1956

Marina Fernandez

Oct 1, 2022

Aloha!

To whom it may concern:

Sending this note on behalf of Stewart Olani Stant. I've known Stewart appr. 10 years and find him to be a wonderful son, brother, father and friend. Thank you for representing him.

Mahalo —
Marise Samuels

407 S. Kamehameha Avenue
Kahului, HI 96732

Cary Virtue, Attorney at Law
1931 E. Vineyard St., Suite 201
Wailuku, HI 96793

October 1, 2022

RE: Reference Letter for Stewart Stant

To whom it may concern,

I have known Stewart Stant for over 20 years, probably for closer to 30 years.

I first met Stewart when he began working for the County of Maui as an electrician trainee. As one of his supervisors, I took note of his attention to detail and his drive to do the tasks assigned to him in the best manner possible. He had an excellent attitude and work ethic and was always striving to complete the tasks assigned to him as efficiently as possible.

Over the course of many years, Stewart's drive and ambition gained him an electrician's license and then a supervisory role in the Department of Environmental Management.

Stewart has always been driven to improve his economic position. He has tried numerous business enterprises. He started a night club in Haiku, Maui, and was involved with many programs such as ACN. I mention this because I trusted him enough to loan him several thousand dollars so he could set up these various enterprises. He always repaid me.

Stewart was an Eagle Scout and a dedicated son and father. He has gone over and beyond to care for his parents, his daughters, and his siblings. I have been to their home and have seen how well he cares for them. They are, without a doubt, a very close knit family unit.

Stewart has always been a hard working and intelligent employee of the County of Maui, which is the reason why I asked him to become the Director of the Department of Environmental Management.

He reluctantly agreed to take the position, which was more to help me out, after the previous director left the position. He actually disliked having to deal with the politics, the County Council and the public. He was, however, well respected by his colleagues, employees as well as the County Council because he made it a point to keep his ego under control and he kept his relationships with his former colleagues on good terms.

In all my interactions with Stewart, he has been a good employee and a good friend. He also has many other good friends and is well respected in the community.

Reference Letter for Stewart Stant                                                          Page 2

If you have any questions, please do not hesitate to contact me at (808) 281-0354. However, I request that you send me a text message first, so I know who is calling me. (I often receive scam phone calls.)

Thank you very much.

Sincerely,

*Alan Arakawa*

Alan M. Arakawa
Former Mayor of Maui County

Aaron M. Hee
11 Upu Place
Kula HI 96790

October 12, 2022

RE: STEWART OLANI STANT

To The Honorable Judge Watson,

My name is Aaron M. Hee. I offer my recommendation of Stewart Olani Stant, whom I have known through his mother Dorothy Stant.

I have known him to be an honest and trustworthy person who loves his mother and his family very much. I believe Stewart is a man of good character.

Sincerely,

*[signature]*

Aaron M. Hee

Kathleen A. Hee
11 Upu Place
Kula HI 96790


October 12, 2022


RE: STEWART OLANI STANT


To The Honorable Judge Watson,

My name is Kathleen A. Hee. I offer my recommendation of Stewart Olani Stant, whom I have known through my longtime friendship with his mother Dorothy Stant.

I have known him to be a hardworking member of our community and one who loves his mother dearly and his family very much. I believe Stewart is a good man.


Sincerely,

*[signature]*

Kathleen A. Hee

Justin M.K. Hee
11 Upu Place
Kula HI 96790

October 12, 2022

RE: STEWART OLANI STANT

To The Honorable Judge Watson,

My name is Justin M.K. Hee. I offer my recommendation of Stewart Olani Stant, to whom I have known as the son of Dorothy Stant.

I have known him to be a family-person who has great love for his family and his mother Dorothy. I believe Stewart to be a good human being.

Sincerely,

*Justin M.K. Hee*

Justin M.K. Hee