# Character Witness Letter

**To** Whom is in judgment, Aloha my name is Marlon Cordero a longtime friend an mentee of Mr.Stewart Stant. What a honor a privilege and a humbling experience it has been and continues to be learning & growing with him on our entrepreneurial journey of 9+ years soon to be a decade.

**In** July 26th of 2013 I was invited to one of these things as most people know it as Network marketing events not knowing what the heck I was being invited to I got a chance to hear from Mr. Stant boy oh boy was my eyes was opened up, he had mentioned retirement for some being a obstacle he mentioned business for yourself, and how with hard work this a chance at a better quality of life, an opportunity to earn income and become better, now me being only 23 at the time just had my first born son 16 days prior to me coming to this event I was optimistic and willing to listen but in no shape or form was I the business type or had any entrepreneurial experience, I worked at a surf shop I knew how to fold shirts and hang shorts and really no direction,  but he shared that with commitment and dedication with an a proven system it can be possible to live a better life have the time freedom and earn the income you choose. So I got sold out I got excited fast forward through the years was I introduced to whole new world of lifestyle, personal development, truly a whole new positive outlook on life because of this man, And with hard work dedication we got a chance to do that and continue to do so. Because of that dedication me and my beautiful other half 5 kids are living and breathing a higher quality of life.

**Stewart** and I built a lifelong friendship, partnership and became Ohana (family)  all through MLM/Network marketing businesses through the years he has shared so many life experiences that has enhanced  who I have become as a man, father, son and business owner. Life skills and peoples skills that he has poured into me and countless others to help hundreds of families & people throughout all the islands, multiple states even countries all do the same, earn income, become better, see life in a more positive perspective and continue to help pay it forward in so many ways because of this industry and because of this man.

**There** are countless lives that have been positively impacted  because of the sacrifice, energy & effort of Mr.Stant has displayed over the time I have gotten a chance to witness him grow and build successful business after successful business. He is always putting people first always willing to be that example and lead by example, and because of that continuing example and teaching many more will continue to be positively impacted &

Email:Marloncordero07@gmail.com

changed for the better due to all the many lives he has helped and touched with his knowledge and experience.

**Some** of the many things of positive greatness I got to see him accomplish, impact and do was just simply mind blowing. First of seeing him rise to a position in our first business venture where nearly only 1% make it by helping many, many , many people of Reginal Vice President  following that rising to all the top positions in company after company because the culture was always created to help people. He showed me first-hand how to make a difference. He would constantly donate and help Kapiolani hospital, Women helping women, Scouts, continuously just to name a few. Got a chance to see him face adversity after adversity and always be solution oriented continuing to be positive including this particular situation we are dealing with now yet he's still about helping as many people as he can even in midst of all the chaos. This Gentleman is an amazing example to the community always positive always giving , always teaching, always sacrificing time for others it's not a mystery why he's been so successful all thorough out his life from eagle scouts, to military, to family, to career, to business, to Maui High hall of fame alumni, to just being a down right great person. The Community of Maui and beyond is better with this man in it hands down he exhibits the right attitude the right morals and values.

**So** in closing I really truly hope & pray that this letter gets read and felt because the character of this man to his family, extended family and community is beyond words impacted and needed. With all positivity and prayers thank you for your time and attention please know we love this man with all our heart and truly believe he is a great man a great example a great leader that continues to make a difference In so many lives and for a higher purpose that's what life is about making a difference in people and future generations to come and Mr.Stant provides that. Time & Attention is one of the most treasured assets/commodities/currencies that this beautiful life will ever provide I hope & pray you consider the time & attention given to such a valued person in this world thank you and much love again for taking the time to listen.

**Mahalo & Blessings**

Marion Cordero
Phone:808-298-8331
Email:Marloncordero07@gmail.com

10/8/22

Your Honor,
I'm 76 yrs of age, borned and raised a member of the Church of Jesus Christ of Latter Day Saints also referred to as a Mormon and continue as such in this faith as well as a retired Police Supervisor of the Maui & Honolulu Police Department for 25 yrs, and recently retired as an armed security serving last at the Kahului Airport and other federal facilities as well. I enjoyed serving the public.

I'm most humbled not only in serving our people of this counties and state but most of all as a scout leader for 25-30 yrs. hopefully building character in young men with strong morals in their growing years and most impressionable years of their lives.

Thus enough about me as a scout and religious leader I've known Stewart as a young man, in both our scouting church and his family having served in the military and most recently in the County of Maui as an administrative leader as well.

It's my hope as you pass judgment on him that his past service to this county and country be given consideration as to the final sentence to be rendered.

We all have a choice in life in making either the right or wrong decisions and as a human being held accountable for the wrong ones as I continue to believe strongly in law and order however, due to my faith I also strongly believe in mercy and compassion.

For Your Consideration
Respectfully
Charles R[...]

1931 E. Vineyard Street, Suite 201
Wailuku, HI 96793
October 11, 2022

To Whom It May Concern,

I have known Stewart Olani Stant for seven years now. He has helped me in my self development and has become a good friend over the years.

I met Stewart through my sister. At the time, I was looking for ways to earn extra money and Stewart was an independent representative for a company seeking like-minded people. Stewart is an enthusiastic leader who spent a lot of his time sharing his experiences in the business and training others on the things to expect and how to overcome adversity. He is also passionate about bettering yourself as a person and personal growth. Stewart has pushed me to improve myself in not just my business, but my own life, perspectives, and career.

I know Stewart to be caring, giving, and optimistic, to name just a few of his best qualities. In the time and capacity that I have known him, I can attest that he is a trustworthy and truly decent person.

Please do not hesitate to contact me if you have further questions.

Sincerely,

Teri Evangelista
808-268-3436

Character Witness Letter                                    Oct 17, 2022

To whom it may concern,
Aloha my name is 'Kealohalani' Aporto i want to say that im Blessed and humble to know Stewart Stant, He is a kind, caring, giving person, i've known him for about almost 10 years he is such a great friend to me and my ohana, he did alot for us and he always will because that a kind of person he is. He's taught me alot in our enterprenur journey and taught me leadership and how to grow as a person. He is always there for us when needed, we made great memories with him on our journey throughout the years and never will forget. Mr Stant has an awesome and sweet loving, caring family. He is a great father to his 2 daughters and his grandchild, he loves them dearly, He has a gold of Heart ☺ My mom knows Mr Stant as well, she met him before i did and he also is loving and caring to my parents and my siblings. He also did alot for our community and always giving back throughout the years i known Stewart. Stewart is really a truely great friend, i mean who wouldn't want to be his friend! ☺☺☺
He has great respect to everyone in his life family, friends near and far ☺ Mr. Stant is an amazing person inside and out! I only have great things to say about him ☺ Thank you Stewart for being a great friend and always will, I appreciate Stewart thank you for being apart of my life ☺ GOD bless! ☺                                Thank You,
                                                                        Kealohalani

10-12-2022

Dear Honorable Judge Watson,

We have known Stewart Stant for five years through beach volleyball + his daughters.

He has always taken care of his family: Mother, Father (Now deceased) 2 brothers + 2 daughters.

During Covid 19 he would buy the food and before bringing it into the home, he would wipe everything down to keep the household safe.

I know Stewart as a devoted son and dedicated father.

Thank you for taking the time to read this...

Aloha!

Vincent Hulick + Ann Siciak

October 13, 2022

Aloha Mr. Honorable Judge Watson!

Hope all is well on your end and your day is going great so far!

My name is Maile-Anna Santos, and I'm 33 years old, born and raised on this beautiful island Maui.
 I'm reaching out to you on behalf of Mr. Stewart Olani Stant, who I've known for about 10 years now, and he's the one that has taken me under his wing as my Mentor in Network Marketing. And let me tell you, Stewart is seriously the HARDEST working person I know with the BIGGEST HEART, always always ALWAYS putting other people first before himself! Personally, he's helped me become the person I am today, sacrificing WEEK nights, just to help me with Mind Set Training, Personal Development, Growth, and how to over come obstacles that come your way, HE did that, Stewart.. I take what he taught me and practice it in my everyday life, and I don't DARE to live without his words of advice or encouragement, it will forever be instilled in me, for positive reasons of course. He teaches you, in life you will always come across "Brown Apples", but just because you come across a "Brown Apple" in life (whoever or what ever the case may be), don't let that Brown Apple stop you from where you want to be or who you want to become, keep pushing forward because the "Red Apples" will come around.

So Mr. Honorable Judge Watson,
I come to you personally and ask you to consider the REAL Stewart Stant and not the one the media or public is trying to portray him as. He's so selfless it's insane! He's given myself and so much more other people his TIME and energy to help each person succeed in their own personal journeys. I don't know many people who do that, but Stewart does. Let's go back to "Time", because time is a precious thing, and for someone to sacrifice THEIR time so YOU can succeed, is unheard of, you heard of anyone doing it? Ive NEVER heard of ANYONE sacrificing their time to help YOU succeed, Stewart does, and I put my life on it when I say, he ALWAYS WILL.

He's a POSITIVE asset to our community, straight up. That's it. Bottom line.
If you have time, I HIGHLY encourage you to strike a conversation with Stewart, you'll then see for yourself how sincere he is, and how big his heart is.


Please let me know if you have any questions!

Mahalo!
Maile-Anna Santos of Olowalu



10-12-22

To: Honorable Derrick Watson

From: Hon.   Hon. Boyd P. Mossman, Ret.
       1732 South 570 West
       Provo, UT 84601
       boydpmossman@me.com

Re: Stuart Stant

This letter is in response to a request from Stuart Stant that I provide a letter of recommendation on his behalf for the sentencing judge in his criminal case to consider.

I write with the qualification that I have not had personal contact with Stuart for probably over ten years and before that little since he was a teenager. As a young man on Maui I will say he was never a problem in any way and my experience with him came from our church relationship where he was an active Boy Scout and a reliable and trustworthy individual.

His mother and father have been excellent examples of service, faith, and kindness in our community. His immediate family has always been supportive of him and are there to help him in his situation today. I am aware of some of his friends today whom I am comfortable saying that they are good members of our community.

I am not familiar with anything else about him than what I read in the papers and even then since I have moved to the mainland do not have much information at all. I recognize that Stuart will need to be held accountable for his bad choices in life but believe he will be able to recover from the situation he finds himself in, learn from his mistakes, and acknowledge his responsibility.

Mahalo for your review of this letter.

*Boyd P. Mossman*



Ph: 808.264.7649     E: sasha.stant@gmail.com     694 Kaiko'o Place, Wailuku, Hawai'i 96793 United States

## Character Letter to Judge

Sasha Stant-Souza
694 Kaikoo Place, Wailuku, HI 96793
808.264.7649
sasha.stant@gmail.com

October 10, 2022

Dear Honorable Judge Watson,

I hope this letter finds you well, and I am deeply thankful for your time. I am writing this letter on behalf of my father, Stewart Olani Stant.

As a daughter, it pains me to write such an unimaginable letter. I have been close with my dad as he raised me as a single parent since I was two years old. Now, as a mother myself, my three-year-old daughter adores her grandfather and loves spending time with him. They are like two peas in a pod: energetic, outgoing, active, funny, silly, playful, and social.

A brief synopsis about me, aside from being a mother, I recently graduated with my Master's Degree, and I am currently a doctoral student working towards my Ph.D. in Management. Additionally, I am part of the Ka'ahumanu Society, a civic club that cares for the sick and the elderly. My dad has most definitely played a significant role in the woman I am today, and I am thankful for him in my life. If it were not for him, my direction in life could have gone completely differently.

For example, before I was born, my parents separated. However, after I was born, they spent numerous court hearings fighting for custody of me. Although children typically reside with their mothers, my father received full legal and physical custody of me when I was just two years old (in 1996). My mother's mom testified against her truly believing that my father would be a better fit for raising me. I was an active child, thanks to my dad. I did piano, danced the hula, and attended church every Sunday and Young Women's every Wednesday. Throughout middle school and high school, I played both beach and indoor volleyball while attending Kamehameha Schools Maui Campus (from

1

which I graduated in 2012). As a single father, my dad did his best to provide for me including countless wonderful childhood memories. Looking back, if I had been raised by my mother, it is difficult to assume that I would have had the same life opportunities and be the woman and mother I am today. At one point in my life, my mother lived out of her car, homeless. She also moved around frequently. My father was stable and there for me always, something he has strived to do for so many people (including while he worked for the County of Maui and a network marketing organization).

I have seen my dad touch countless people's lives both in the County and outside of the County. He naturally has a gift for making others feel valued. He has always consistently gone out of his way, time and time again, to help others, whether it be just being a listening ear, someone to count on, or someone willing to give back to the community through fundraiser support and donations. He has also taken care of my grandma, his mother, and his three brothers for the majority of his life after he returned home from the Air Force. By serving our country, serving the County of Maui, serving hundreds of individuals, and serving his family, I hope that you will take the time and consideration to see the true man that my father is and has always been.

Again, I thank you for your time, and I pray that you take into account all that I have said.

Kind Regards,


Sasha Stant-Souza

2