2876 Ipolani St,
Makawao, HI 96768-8739
Oct. 18, 2022

To: Honorable Judge Watson

Dear Judge Watson:

    This Character Witness Letter is written on behalf of my son, Stewart Olani Stant, who will be sentenced in your court early next year.

    Stewart was a very helpful and kind boy growing up. He loved people and was always helping someone. He loved animals. Besides his Golden Retriver dog, he raised turtles, guinea pigs, mice and birds (lots of them).

    He did many things as a youngster, like his chores. He never complained about his chores, or procrastinate them for another day. He was a very obedient child and "never answered back" to his mom.

    When he was about nine years old, he got a job from The Maui News delivering the daily newspaper. He was always on time and never received any customer complaints.

    He attended church, The Church of Jesus of Jesus Christ of Latter-Day Saints, every Sunday and gave talks in Sacrament Meeting. He was also an active participant in the priesthood program and was ordained an elder when he was a high school senior.

    He was very involved in the Scouting program; first as a cub scout, then a boy scout. During his Senior year at Maui High School, he received his Eagle Scout award. His project was planting trees and plants on the grounds of the Kahului Library with the assistance of his parents, Scout leaders, Scouts and friends.

    When he was in high school, he would come to my classroom at Makawao Elementary School and put up my pictures, charts and posters while I was preparing my classroom for the first day of school. (I'm a retired elementary school teacher.) An endearing gesture he did for me was bringing me delicious chocolate chip cookies (my favorite) while I was still at school preparing lessons for the next day.

    He was active in the church's bible study program which he attended for one hour each morning (before regular school began) for four years. During his graduation from the Seminary program during his Senior year, he gave the valedictorian address to the students, family and friends.

After graduating from Maui High School on June 2, 1984, he enlisted in the Air Force and spent 6 years at Hickam and Lackland Air Force bases.

He participated in different sports like football, volleyball, basketball and baseball. He loved volleyball the best and even played this sport while in the Air Force and at different sports events here on Maui. He taught his two daughters Sasha and Kamalei how to play this sport. Both young ladies (ages 19 and 28) still play volleyball today.

Stewart has been my valiant supporter all my life, especially now that I'm a senior, age 83. He always makes sure that I have transportation to my doctor appointments, meetings and church events. He always makes sure that I have my medications and food items.

I love my son, Stewart, very much and I know that our Heavenly Father loves him, too.

Very Truly Yours,

*Dorothy L. Stant*

Dorothy L. (Hunt) Stant

09/25/2022

To Whom It May Concern,

My name is Ann Carmel Quito and I have known Mr. Stewart Start since 2018.

We have met when I joined the Network Marketing Business that he was part of that same year. We have weekly events at his office and we meet everytime we have events throughout the Island of Maui.

Mr. Stewart tirelessly showed up to support us his team whenever we needed him. He showed us true dedication as a leader. He is a leader who will never mix any personal matters with business. Whatever he is going through personally, he always manage to keep it professionally. He doesn't want us to get distracted from achieving our goals.

If there's a person who will always encourage me and our team to achieve our goals and dreams in life, it will be Mr. Stewart. He's persistent and never gives up on anyone unless they give up on themselves.

Thank You Very much!

X Ann Carmel Quito

To:
Cary Virtue
Attorney at Law

Date: October 21, 2022

Your Honour,

My family and I have known Mr. Stuart Stant and his family for almost 10 years now. We have worked together in a telecommunication business together and have even traveled the world together with our families.

Throughout the years we have worked together, we have witnessed not only his leadership skills, but also how he treats his team and outside of team. Mr. Stuart is a very kind man who always goes out of his way to help people. He's also very patient and is always finding ways to help another person improve their life. He thinks about others first before himself, and it's no surprise why he's so loved by co-workers, friends, and even his family. Mr. Stant has definitely inspired many of whom he meets all over the world, including

our family. Anyone who takes the time to really get to know this gentleman & the person of the heart will truely see how wonderful he truly is.

We'd like to thank you so much for taking the time to read what my family and I come to know as Mr. Stuart Stant.

Warm Regards,
The Isaac Family

Character Letter for:
Stewart Olani Stant

John M. Platiro
PO Box 2803
Wailuku, Hi. 96793
(808) 357-1343
johnnypmaui@gmail.com

Dear To whom it may concern,

Aloha, my name is Johnny Platiro, I am a born and raised resident here on Maui and I am privileged to have the honor of writing this character letter on behalf of Stewart Olani Stant.

I have known Stewart for close to 30 yrs. and have always considered him a close and personal friend. I have always known and considered Stewart to be an outstanding and respectable individual who takes pride in being a local boy from Maui. Who I have known to always strive to be the best that he could be. But, I have not only known Stewart to being the best that he could be but also always willing to help others be the best they could be as well. I have always known Stewart to lead by example always willing to help others by lifting others up and helping others find their way in being better and showing them, how, in turn they could also help others find their way and strive to be better. I have always known Stewart to be friendly and outgoing, always willing to lend a helping hand to those who need it. Stewart is known and respected as a father, a friend, a co-worker, a business man, and as an acquaintance. Throughout the years, I have personally seen Stewart Olani Stant accomplish many things in striving to be a productive member of Maui County. Whether it be coming up in the ranks with the county of Maui, as a business man, and as a leader for many, and a willing participant in being a good example for others. He is a good father, a hard worker, a good friend, and a great example. Stewart is not perfect, no one is, but I know for a fact that Stewart learns from his mistakes and grows from them. Again, always striving to learn and to become better at whatever he does and even more importantly growing as a person.

In closing I believe Stewart Olani Stant has so much to offer as far as helping others here on Maui and even further, with his leadership skills and willingness to be a good example in how we should all strive to be. I hope that this letter will help whoever is reading it see the kind of man Stewart Olani Stant really is. I am proud to have known Stewart for almost three decades and proud to stand beside him and call him my friend!

Sincerely,
John M. Platiro

October 22, 2022

Mark Franco
1502 Limpus Lane
Forest Grove, OR 97116

Aloha Honorable Judge,

My name is Mark Franco, Electrical Contractor as well as Journeyman Lineman retiree of Maui Electric Company in 2016. I moved to Oregon in 2017 and once again working in the electrical utility industry.

I am sending this letter on behalf of Stewart Olani Stant. I have known Stewart for 50 plus years, in fact he and my younger brother by one year share the same birthday as well as the same hospital room at birth. Over the years, Stewart and I have attended the same grade school and high school. We hung out and went surfing etc. He than left for the Air Force to serve our country for 6 years before returning home to Maui to work as an apprentice electrician at Hawaiian Commercial and Sugar Company where we worked together before I went off to MECO and he hired on at the County of Maui. After seeing his work ethic and good positive attitude, I got him hired on with my wife's grandfather's electrical business, Molina's Electrical Service where we worked together after work and on weekends. Stewart went on to become a Journeyman Electrician and then became a Supervising Electrician. He also worked for me with my contractor business for over 15 years. As long as I have known Stewart, he has always been a hard working, determined, dependable and positive individual. Stewart also raised his daughter, Sasha as a single parent. His will to work hard and to provide for his 'Ohana (parents, brothers and children) is something to admire. Besides, Stewart has always been there to help those in need, and sometimes just a positive motivator that helped others succeed in his network marketing business.

Stewart has always been a positively motivated, honest, dependable individual that has helped so many people in so many ways. My 'Ohana as well as myself have been blessed to have him as a coworker as well as a dear friend.

In closing, I humbly ask that you consider his traits.


Mahalo,


Mark Franco

October 24, 2022

Marvalae Franco
1502 Limpus Lane
Forest Grove OR 97116

Aloha Honorable Judge,

My name is Marvalae Franco, former Account Clerk for State of Hawaii, Department of Education, Kalama Intermediate School, Maui of 13 years and currently the Lead Secretary for Forest Grove School District. I moved to Oregon in 2013, again working in the Department of Education field. I am sending this letter in behalf of my dear friend, Stewart Olani Stant. I have known Stewart for 30 plus years meeting him while courting my husband, Mark Franco. I have seen leaps and bounds from Stewart as he struggled to take care of his daughter, Sasha as a single parent, asking for advice to be sure he was doing the best he could as her father. I have always known him to be a positive motivator and always there to lend a hand or give of himself to be of help. He is the backbone for his family, never afraid to work hard to help support them and make sure they were taken care of. For some reason, he took on that responsibility as a young man. He worked side jobs after his regular job and on weekends. He always has a positive attitude and you will not find someone with a bigger heart than Stewart. I admire his work ethics, his role as a father to his two girls and the love he has for his 'Ohana. He is a genuine son, father, brother and friend!

My 'Ohana has nothing but respect and love for this guy because we know how true of a person he is, we have seen it for many, many years. We are truly blessed to have Stewart in our lives, a dear friend.

Your honor in closing, I humbly ask that you consider all his good qualities; he is truly a good person and loved by many.

Mahalo,

*Marvalae Franco*
Marvalae Franco

Honorable Judge Watson

Hello, my name is Isaac Newton Pinkoa Stant II, My Brother is Stewart Olani Stant, he helped me out so much when i was a recovering addict, been clean for 11 years now he was always helpful and giving to everyone he knew, Please help him and lower his Sentence his not a bad Person Thank you

2876 Ipolani St.
Pukalani, HI 96768-8739
Oct. 18, 2022

Dear Honorable Judge Watson:

My name is Richard Elia Hunt and Stewart Olani Stant is my brother. We have the same mother but different fathers.

Stewart is a good person caught up in a bad situation.

My brother has helped me, my family and many other people. He never expects anything in return. It's just the kind of person he is.

While growing up, we never had a lot with a single mom. However, when Stewart came home from the Air Force, he bought me a Nintendo. It has always stuck with me.

Stewart Olani Stant is a great brother, father, grandfather, uncle, son and my best friend.

He has had a positive impact on the lives of many people.

My brother is more than just a brother to me. He is my dearest friend and I always look up to him.

Thank you for your time.

Sincerely Yours.

Richard Elia Hunt