Amaya Stant

84-5158 Painted Church Rd.

Honaunau, HI, 96726

October 13, 2022

RE: Mr. Stewart Stant

To The Honorable Judge Watson

I am writing on the behalf of Stewart Olani Stant. Stewart is my father, I am the second born child of nineteen years. In this time, he has proven to be a responsible, dependable, and loving parent. In general, my father is known to be a dedicated and reliable parent of two as well as to the community in which he resides.

My father has shown his dependability and responsibility when I went through a very life changing event at the age of 10. I was diagnosed with type-1 diabetes while living with him. All I needed from him was for him to be there and he went beyond. He stayed with me day and night, got me whatever I needed, and made the week long stay as comfortable as it could've been. Without him I don't know if I would have made it past that weekend. He kept me calm as I was in a lot of pain from the medications the hospital was giving me. He stayed by my side as I was being flown to Oahu. This was a very overwhelming time for him but he carried on making

sure I was well taken care of with everything I needed coming into this new life of mine. My dad has always been a diligent and brave character. Regardless of any challenges he has and will face in his life, I have every confidence that he will develop the new skills to overcome them. I am confident that my father will benefit from this circumstance and resume his role as a dependable, honorable member of this community.

My dad has endured this difficult period of his life with tremendous bravery. Despite the current case, I still believe my dad to be a honorable individual and a good human being. I'm hoping that the court would take into account the letter I wrote regarding my father when making its decision.

Sincerely,

Amaya Stant

Shanti Fryar
P.O. Box 491
Honaunau, Hawaii 96726
(808) 345-7979
shantif37@gmail.com

October 18, 2022

To The Honorable Judge Derrick K. Watson,

This letter is on behalf of Stewart Stant, father of our daughter Amaya Stant. I respect the court's decision as he has been found guilty of accepting bribes from Milton Choy. I am writing to shed light on his character as a father and co-parent.

Amaya was born on March 4, 2003. Our relationship ended shortly after her birth. Stewart and I co-parented until she turned 18. Our daughter was diagnosed with Type 1 diabetes at the age of 10, and Stewart has always been supportive and assisted me financially in her care. Furthermore, he was supportive monetarily in terms of our agreed upon monthly support up until he began having financial struggles. Over the last few years, he has sent child support payments whenever he was able to do so, and he has assured me he will catch up with all outstanding payments once he is financially stable again. Since he has always been there for Amaya financially and emotionally, I have no reason not to believe him.

Stewart has been a supportive father to both of his daughters throughout their lives. To the best of my knowledge, he has not ever been involved in anything illegal, so this is a huge surprise to everyone that knows him.

Please take this into consideration as you determine his length of incarceration.

Sincerely,

*Shanti Fryar*
Shanti Fryar

1931 E. Vineyard Street
Suite 201
Wailuku, HI 96793
October 11, 2022

To Whom It May Concern,

I've known Stewart Olani Stant since September 2015. He's become a great friend and mentor to me.

We met through a mutual friend at an event. He always carried himself well and always had an optimistic outlook on life. Stewart always seemed to make lemonade out of lemons.

I know Stewart as dependable, hard working, honest and compassionate. He is always there for me and brings out my best qualities. Stewart will give the shirt off of his back.

In closing, Stewart accomplished a lot of things with many challenges. He may not be perfect but who is? Stewart is a caring and decent man.

Please feel free to contact me should you have any questions.

Sincerely,

Shari Miguel
Shari Miguel
(808)268-3431

Marc Isaac
9615 E County Line Rd.
Unit - 997
Centennial, CO 80112

# Marc Isaac

Cary Virtue Attorney at Law
1931 E. Vineyard St.
Suite 201
Wailuku, HI 96793

Character Witness Letter for Stewart Olani Stant

My name is Marc Isaac and I've known Mr. Stewart Stant since 2010.

I just wanted to take a moment and say few words about Mr. Stant.
He has such an amazing heart. He has a strong desire to help and encourage others regardless of any personal benefit. I've witnessed many times Mr. Stant motivating and teaching individuals how to look at life in a positive light and to keep pressing forward no matter how difficult life gets.

He's been a dear friend and mentor of mine and I believe many people can see those traits in him.

Sincerely,

Marc Isaac



2228 Tantalus Dr.
Honolulu, HI 96813

Oct. 16, 2022

Honorable Judge Watson
c/o Cary Virtue, Attorney at Law
1931 E. Vineyard St. #201
Wailuku, HI 96793

Dearest Judge Watson:

RE:     Stewart Olani Stant

I am writing to express my interactions and knowledge of Stewart. Our families grew up together in upcountry Maui. He and his brothers, as well as myself and my siblings, attended the Church of Jesus Christ of Latter-Day Saints during our childhood and teenage years. Our parents kept us actively involved in weekly church and sports activities, including many service projects for the community.

I have always known Stewart to be a pleasant and happy friend of our family. His family always sat together in church just a few rows from us. He has always participated willingly in church assignments, and always stayed involved in his community sports activities along with my brothers.

Thank you for very much for allowing my comments to expressed.

Sincerely,

Marlene Keawe, MBA

Edward and Gail Reinhardt
2895 Koea Place
Pukalani, Hi 96768
October 16, 2022


Honorable Judge Watson
C/O Cary Virtue
Attorney At Law
1931 E. Vineyard St. Suite 201
Wailuku, Hi 96793


Dear Judge Watson,

### Regarding Character Witness Letter for Stewart Olani Stant

For the past 33 years we have lived in the Pukalani Community and have known and been friends of Stewart Olani Stant. He has always been a trustworthy individual who had a great love for his family. He grew up with loving parents that thought him the principles of making right choices as a member of his community and as a father and husband.

We express our continued support of Stewart during this difficult time in his life. We ask that you look upon him with compassion and leniency to allow him to continue his good work in the community and support of his family.

With the utmost respect for the law of the land, we submit this support letter for Stewart. And thank you for allowing us to be heard as friends of Stewart Stant.

Sincerely,

*Edward J. Reinhardt*
*Gail J. Reinhardt*

Edward and Gail Reinhardt

October 17, 2022

Carly Virtue
Attorney at Law
1031 E. Vineyard St. #201
Wailuku, Hi 96793

Re: Stewart Olani Stant

Dear Mr. Virtue

I have known Stewart Stant all of his life. My mother and Stewart's grandmother were good friends. And because of this we always got together for family functions, church gatherings, parties.

Often I would go with my mom to visit Dorothy. At the time she had three young sons. Stewart was the second born. He was still very little with his brothers.

Dorothy's three sons were always on good behavior. Stewart was very respectful, and he was always kind and thoughtful.

I watched Stewart grow up. As he got older he was always supportive of his mom and his elders. He was very close to

his family and kind to others. I respect Stewart. He is of fine character and caring and respectful. He has outstanding family values. He takes care of his family.

I am proud to say that I was and am a good friend of Stewart and his family.

Thank you

Phyllis Y Dudoit



Malcolm Vincent | P: 808.244.9757 | E: malcolm@vincentspainting.com | 694 Kaikoo Place, Wailuku, Hawai'i 96793

Malcolm Vincent
694 Kaikoo Place, Wailuku, HI 96793
808.244.9757
malcolm@vincentspainting.com

October 16, 2022

Dear Honorable Judge Watson,

I am writing on behalf of Stewart Stant. I have known Stewart for several years. During that time, I have seen him display an immense work ethic, a huge heart, and an unwavering ability to lead. He truly wants the best for the people around him.

We have a similar background as we both served honorably in the armed forces. Stewart was a military police officer, and he served in the Air Force. I respect him for his service to our Country. But, of all the shining attributes that Stewart displays, I would definitely say he shines brightest when he is with his granddaughter. The two have a beautiful bond, full of love and joy.

Sincerely,

Malcolm Vincent