Tiare Miller
35 Manino Circle
Apartment #203
Kihei, Maui
HI 96753

October 16, 2022

Re: Stewart Olani Stant

Dear Honorable Judge Watson,

My name is Tiare Miller, niece to Stewart Olani Stant. I have been born and raised on Maui. I am married and raising two beautiful kids and a stepdaughter. My husband and I have a small family business that we started 5 years ago in honor of my father in-law called Grandpa Joes Candy Company. We hand craft carnival style Kettle Corn and Cotton Candy a family recipe and legacy over 80 years old.

At a young age my parents mutually separated, I spent weekends with my Dad and his side of the family. Throughout my childhood my uncle Stewart cared for my well-being and made a large impact in my life growing up. I looked at my Uncle as a father figure; he was fun, easygoing, playful, and encouraging. I was the first-born niece and granddaughter in the house. I felt lucky to receive so much positive attention and so much affection.

I remember my Uncle Stewart as an honest, trustworthy, generous, hardworking, and loving person. I can recall many times as a child my Uncle Stewart was so hardworking. He had a job that required him to have his phone on stand by incase he got called into work. Many of the times he did. My uncle Stewart was extremely determined; he came from a long line of caring individuals. They, like Stewart were diligent and hardworking, always taking care of our family and supported the community.

Stewart had the mind of an entrepreneur; he had many endeavors trying new things and sharing it with his friends and family. Growing up I remember my uncle Stewart got into Noni drinks which had many health benefits. Then, uncle Stewart started selling protein bars and powders that also had many health benefits. I also remember my uncle Stewart starting a nightclub for people to go and dance and gather and have a good time listening to great music. My uncle Stewart has always worked hard to better himself and willing to win some and lose some, but take chances and believe in yourself.

In elementary school one year I was awarded honor student and had a dinner for family to attend at a hotel. My uncle Stewart was so proud he came to support me.

We have a family tradition and favorite holiday of the year - Halloween and Christmas where our whole family can come together to celebrate.

For many years Stewart hosted Halloween parties. Stewart worked hard at setting up a haunted house maze. He found the time to build this especially to make it fun for the kids and of course adults in the community.

Christmas time we look forward to our family gathering; this was a special time for Stewart's mother a retired schoolteacher and Christian to teach all the family the story of Christmas. Uncle Stewart participated in dressing up like Santa Claus for the kids family and friends. Every year the whole family gets together to share songs, gifts and food. Stewart always made sure everyone was included he shows thoughtfulness, and a good heart for everyone.

When I was a teenager I remember my Uncle Stewart became a single father and fighting for custody so he could be with his daughter and care for her and give her a life of stability and happiness.

I remember my uncle Stewart let me trade cars with him for a while during High School years. I had this small hatch back car and he had a Toyota Tacoma truck with huge tires, I could barely climb into the truck. My girlfriends and I use to blast the stereo and go riding through front street in Lahaina town. He worked hard to get that truck; I always felt that he is a very caring and giving person.

Around the time I turned 18 years old I had visited my grandma's house and Stewart lived there at the time. I had just gotten my belly pierced. I got into the house and a concerned uncle he slightly tapped my stomach and said what is that? And all of a sudden it started to bleed. I remember seeing his facial expressions. His eyes where as wide as golf ball, he began to sweat and I could see how sorry he felt. He ran and got a paper towel to help with the bleeding and was trying his best to help me. He showed so much compassion and concern; I laughed and told him I was ok. I knew he was so sincerely sorry and felt so bad that he had possibly hurt me.

At a young age I started a small women's clothing boutique. Uncle Stewart would bring his wife and her kids to my boutique to support my entrepreneurship. Uncle Stewart wanted to see me succeed so never took the family discount he would pay full price. He understood that I loved what I did and he was so proud of me.

My husband and Uncle Stewart played beach volleyball together. My uncle Stewart played a big role in my wedding he was my husband's best man.

My uncle Stewart has always been a good role model, I am so proud that he is my Uncle.

Thank you for your consideration,

Sincerely,

Grace Miller

Honorable Judge Watson                    Oct 17, 2023

This letter is in behalf of Stewart Otani Stant. My name is Vance Akinaka. I served as the Bishop of Makawao Ward The Church of Jesus Christ of Latter-Day Saints. (1988-94; 99-03)

The members of Stewart's Ohana that I'm aware of are all still located upcountry.

As a young man and what I have known of him in his Adult years. He was always a strong supporter of his Ohana. He was intelligent and always seemed to enjoy his family and his Hawaiian/Portugese heritage along with Main lifestyle and growing here with his upcountry Roots.

Mahalo for letting me write this letter in behalf of Stewart's character.

Our family have been in Hawaii for a number of generations. Both my parents and my wife's parents are buried at "Punchbowl the Vets Cemetary of the Pacific."

May the Lord bless you in your decisions

Aloha - Vance Akinaka
2101 Aliikoa Pl.
Haiku, Hi 96708

Doreen Anderson
2876 Ipolani Street
Makawao, Hi
96768

October 16, 2022

Re: Stewart Olani Stant

Dear Honorable Judge Watson,

I have known Stewart Olani Stant since 1981, he was 14 years old when I was introduced to him by his brother Isaac Stant my former husband.

As a young man I realized he was already a pillar in his family. He was a well-rounded person. Everyday he went to Christian seminary classes at the local Latter Day Saints church in Pukalani and then attended school afterwards. He exceled in church and became an Eagle Scout he was always diligent in doing the right thing for his family and community. He had great role models in the church.

Stewart was also a very good student at Maui High School he was also a great athlete and loved volleyball. I was astonished at how much he accomplished as a youth. He was always supporting his friends, family and church. He showed me that he was an intelligent, kind and dependable young man.

I have seen him advance himself through life in a very positive manner. He listened to the good advice of family and role models in the community. I was so excited and proud when he had made it into the Air force and became a military police officer. Eventually he became an electrician for the county where he devoted many years to that career. He was always thoughtful of others and helped whenever people asked him to, be it community projects or personal. He was very concerned for others well fare, He did many things out of the kindness of his heart and love of others.

I know him as always kind, generous and very concerned about others. He is always willing to help boost people up and help them live a better life. Although I am older than he is, I have always respected him and his great advice. He is such a good person and I am so happy that we have a long lasting relationship.

A few years ago during COVID I found myself with no place to live. Right away without hesitation he gave me a room to rent, where I feel loved and safe. The world wouldn't be the same without his generous nature and kindness towards others. Since I have known him he has been and honest, trustworthy, dependable person. Above all very loving and caring and so fun to be around, he makes life happier because he's in it.

Not only has he shown love for me, he has been a positive role model for my daughter Tiare Miller. He has always been supportive towards her and given her good advice and mentorship. He is the best uncle one could wish for.

I know in my heart it is not right for me to judge others, but I know that what he has pled guilty for is out of his character; it is not the person I know he is. I feel devastated for him being in this position and I know he realizes the impact on his life and his family's well being. I know he feels extremely responsible and remorseful for any harm this has caused family and community.

Stewart has always been there for others and I will be supportive the best I can for him as well.

Thank you for your consideration,

Sincerely,

*[signature]*

September 22, 2022

1931 E. Vineyard St., Suite 201
Wailuku, HI 96793
Cary Virtue Attorney at Law

To Whom It May Concern:

Re: Letter of Support for Stewart Olani Stant

As a professional member of our Maui Community, I am writing this letter in full support of my friend Stewart Stant. I have been surrounded by many amazing people in my life. Many of them have become mentors and great friends. Stewart has always been that great mentor and friend. He has been steadfast as a supporter of my many endeavors and has always provided positive and feedback and guidance.

I am honored and privileged for the opportunity to work closely with Stewart throughout these years. We have collaborated on various business ventures and activities that helped so many members of our community. Stewart has been instrumental with helping me to focus on my family, friends, and to treat each person as a unique and special individual.

Stewart has earned many accolades through his hard work, selflessness, and dedication to the Maui Community. He has helped many friends and family through difficult situations. He never says "no" to a friend in need and has never once asked for anything in return. He has always done things from the goodness of his heart. He is the epitome of an individual who has earned the respect from my family and I, we strongly support Stewart and wish for the best possible outcome.

Mahalo,

Aris A. Banaag MAMFT
Personal Support Counselor
PAU Violence Coordinator
Veterans Resource Center Coordinator

THE HONORABLE JUDGE WATSON,

THANK YOU FOR TAKING THE TIME TO READ & CONSIDER MY LETTER ON BEHALF OF STEWART STANT. IN MY OPINION, MY LETTER BARES A CONSIDERABLE WEIGHT FOR 2 REASONS. THE FIRST IS BECAUSE WE HAVE BEEN VERY CLOSE AND BEST OF FRIENDS FOR OVER 13 YEARS. SECONDLY, DURING THAT TIME WE HAVE WORKED TOGETHER ON OUR NETWORKING BUSINESS, MYSELF ON OAHU, HE ON MAUI OF COURSE.

FROM THE VERY FIRST DAY WE MET, I KNEW STEWART WAS A STAND UP GUY. HE WAS NEVER IMPRESSED WITH MATERIAL THINGS, AND ALWAYS TREATED EVERYONE WITH RESPECT, AND AT FACE VALUE. HE WAS NEW TO OUR INDUSTRY AT THE TIME AND ON TOP OF HIS BUSY SCHEDULE, I CAN BARE WITNESS, AND HIS TRACK RECORD SHOWS THAT HE NEVER EVER QUIT OR MADE EXCUSES. IN OUR INDUSTRY, WE WORK WITH LITERALLY THOUSANDS OF PEOPLE, MOST QUIT, MAKE EXCUSES AND THEN BLAME EVERYONE EXCEPT THEMSELVES FOR THEIR FAILURE. STEWART NOT ONLY STAYED PERSISTENT SINCE DAY 1, HE SELFLESSLY HELPED THOSE ON HIS TEAM AND MOREOVER SUPPORTED OUR MAUI OFFICE AND PAYED THE RENT/EXPENSES ON IT FOR OVER 13 YEARS AND IS STILL DOING SO TILL THIS DAY EVEN WITH ALL THE HEADACHE AND BURDE HE HAS. JUST LIKE ANY BUSINESS, YOU DONT PROFIT RIGHT FROM THE START. IT COULD TAKE YEARS TO GENERATE SERIOUS INCOME, WHICH IS WHY MOST PEOPLE QUIT AND GIVE UP BEFORE THIS HAPPENS. STEWART DID ALL THIS ON TOP OF BEING A SINGLE DAD, SUPPORTING 2 DAUGHTERS, AND HIS MOM WHO IS IN HER 80'S, AND BROTHER. THATS LIKE HAVING 4 KIDS!!! HOW MANY PEOPLE DO YOU KNOW, WHO WOULD TAKE ON ALL THIS, AND NOT COMPLAIN?

DURING THE LAST 13 YEARS, I HAVE WATCHED STEWART GO THROUGH A LOT OF PERSONAL DEVELOPMENT MENTORSHIP. HE HAS BUILT AND FORGED TEAMS AND RELATIONSHIPS THAT HAVE STOOD THE TEST OF TIME. I KNOW THIS, BECAUSE I HAVE BEEN IN THE PERSONAL DEVELOPMENT SPACE FOR OVER 28 YEARS, SOMETIMES TRAINING CROWDS OF OVER 16,000 PEOPLE AT A TIME. SO I KNOW YOU CANT FAKE THAT. JUST LOOK AROUND, ALL THESE LETTERS COMING IN, WHAT ALL THE COMMUNITY LEADERS, FAMILY MEMBERS, FRIENDS, BUSINESS CONTACTS, HIS CUSTOMERS, AND NETWORKING TEAM WILL ALL BE CONGRUENT. STEWART HAS AN UNSHAKABLE CHARACTER, HE IS A LOVING FATHER, A LOYAL FRIEND, AN AMAZING TEAM PLAYER, A DYNAMIC LEADER AND MOST OF ALL ONE OF MY BEST FRIENDS, THAT HAS NEVER... EVER LET ME DOWN,EVER.

IN FACT, WHEN I BROKE MY SPINE & WAS BED RIDDEN FOR OVER A YEAR, HE WAS RIGHT THERE TO TAKE CARE OF ME, AND COVER ME ON OAHU. HE EVEN OPENED UP AN OAHU OFFICE, KNOWING THAT IS WHAT THE OAHU TEAM NEEDED. WE DON'T EVENT LIVE ON THE SAME ISLAND, AND HE WAS THERE FOR ME MORE THAN MOST OF MY FAMILY AND BEST FRIENDS ON OAHU!!! OUR

FRIEND JULIE RODRIGUES, HAD A CATASTROPHIC STROKE. HE WAS THE ONE, NOT HER FAMILY, WHO DID ALL THE MAJOR HELP. HE WENT TO HER HOUSE AND DID MAJOR UPGRADES TO MAKE IT LIVABLE FOR A STROKE VICTIM. HE IS STILL LOOKING AFTER AND CARING FOR HER TILL THIS DAY. HIS DAUGHTER ALMOST DIED WITH A DIABETIC ATTACK, MEDIVACED TO OAHU, AND THEY ARE LIVING THROUGH & DEALING WITH THIS SERIOUS DISEASE TOGETHER. WHAT KIND OF FRIEND, ON TOP OF ALL OF THE PRESSURES OF EVERYONE AROUND YOU TAKING HIS TIME, ATTENTION ON TOP OF HIS ALREADY CRAZY HECTIC SCHEDULE. SERIOUSLY, THE MAN DOES NOT SLEEP.

STEWARTS COMMITMENT TO SERVICE IN OUR COMMUNITY IS COMMENDABLE. MILITARY, COUNTY, NON PROFITS, CHURCHES, UNIONS, ENTERTAINMENT, SMALL BUSINESS OWNERS ALL HAVE NOTHING BUT POSITIVE THINGS TO SAY ABOUT STEWART STANT. HIS REPUTATION AND ACCOLADES SPEAK FOR THEMSELVES. A LIFETIME OF SELFLESSNESS AND SACRIFICE FOR THOSE AROUND HIM. MANY PEOPLE THAT HE DOESN'T EVEN KNOW. I KNOW, I WATCH HIM DO IT, AND IT BLOWS MY MIND HOW HE TREATS EVEN STRANGERS LIKE FAMILY.

SO OUT OF RESPECT FOR YOUR TIME, I WILL KEEP MY 20 PAGE LETTER TO A PAGE, BUT PLEASE CONSIDER THE IMPACT A HEAVY SENTENCE WILL HAVE NOT ONLY ON STEWART. BUT THE ENTIRE COMMUNITY, THOSE WHO DESPERATELY DEPEND ON HIM. I AM 100% CONFIDENT, AFTER READING ENOUGH OF THESE LETTERS, YOU WILL COME TO THE CONCLUSION THAT NONE OF THIS ADDS UP. ANYONE CAN MAKE UP AN OPINION ABOUT SOMEONE. BUT YOU CAN'T FAKE A TRACK RECORD. YOU CAN TELL EVERYTHING ABOUT A PERSON BY THE PEOPLE THAT SURROUND THEM, THE ACTIONS THEY HAVE TAKEN, AND WHAT THEY SAY ABOUT YOU AFTER YOU DIE. STEWART STANT, IS SUCH AN IREPLACABLE PILLAR TO HIS GLOBAL & LOCAL COMMUNITY, HIS TEAM, HIS FAMILY, AND MYSELF, THAT LOSING HIM, EVEN FOR A SHORT WHILE, WILL BE DEVASTATING TO SO MANY LIVES. EVEN NOW, THE WAY HE IS GOING THROUGH THIS SITUATION SHOWS HIS TRUE NATURE, HIS HEART AND CHARACTER. THIS IS MY STATEMENT, I STAND BY IT 100% AND BET MY LIFE ON IT.

ALOHA, WITH THE UTMOST GENUINE SINCERITY,

*Tommy Lee*
TOMMY LEE
808.778.7740
tommyleemeta@gmail.com